```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| AIDA TORRES and EDWIN TORRES, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION |
| : | |
| v. : | No. 09-cv-0178 |
| : | |
| CONTROL BUILDING SERVICES, : | |
| RITA'S WATER ICE FRANCHISE : | |
| COMPANY, RITA'S WATER ICE, and : | |
| LINCOLN PLAZA ASSOCIATES, : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, this   11th   day of September, 2009, upon consideration of Defendants Lincoln Plaza Associates and Control Building Services' Motion for Leave To File Third-Party Complaint (Doc. No. 16) and response thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED.

                                        BY THE COURT:


                                        s/J. Curtis Joyner
                                        J. CURTIS JOYNER, J.